UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRELL ANDERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-2319** |
| **EDWARD KNIGHT, WARDEN** | **SECTION "E"** |

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the lack of objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Terrell Anderson's Motion for Summary/Default Judgment be and hereby is **DENIED.**

**IT IS FURTHER ORDERED** that Terrell Anderson's Petition for Issuance of a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 29th day of August, 2014.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**